**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Grisham Farms Transportation, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | **16-61263** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■  Other document that requires a declaration     **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **January 20, 2017** | X /s/ Lexie Grisham |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Lexie Grisham** |
| | | Printed name |
| | | **Member** |
| | | Position or relationship to debtor |

**Fill in this information to identify the case:**

Debtor name   **Grisham Farms Transportation, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   **16-61263**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *1-19-17*            x *Lexie Grisham*
                                  Signature of individual signing on behalf of debtor

                                  **Lexie Grisham**
                                  Printed name

                                  **Member**
                                  Position or relationship to debtor

Official Form 202                  Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Grisham Farms Transportation, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** |
| Case number (if known): | **16-61263** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anthem BCBS MO Group PO Box 105183 Atlanta, GA 30348** | | | | | | $122,782.26 |
| **Bank of America PO Box 15796 Wilmington, DE 19886-5796** | | | | | | $26,117.41 |
| **Certified Laboratories 23261 Network Place Chicago, IL 60673-1232** | | | | | | $158,358.19 |
| **Cindy Cottengim, Collector of Revenue Wright County Courthouse P.O. Box 9 Hartville, MO 65667** | | | | | | $57,323.27 |
| **D.O.C. Lubrication Specialists P.O. Box 641 Springfield, MO 65801** | | | | | | $64,957.38 |
| **Empire Energy PO Box 7500 Branson, MO 65615** | | | | | | $569,119.59 |
| **FSI Farm Service, Inc. PO Box 249 Hoxie, AR 72433** | | | | | | $48,341.19 |
| **Hazemag USA Inc PO Box 1064 Uniontown, PA 15401** | | | | | | $11,279.21 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Grisham Farms Transportation, LLC** | | Case number *(if known)* | **16-61263** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Michelin North America, Inc. PO Box 100860 Atlanta, GA 30384-0860** | | | | | | **$18,217.12** |
| **Missouri Department of Revenue PO Box 3375 Jefferson City, MO 65105-3375** | | | | | | **$150,000.00** |
| **Missouri Employers Mutual Insurance PO Box 1810 Columbia, MO 65208** | | | | | | **$25,000.00** |
| **Mtn Grove Truck Lube & Wash LLC 8915 Business 60 Mountain Grove, MO 65711** | | | | | | **$12,850.50** |
| **Norwood AMPM 741 St. Hwy E. Norwood, MO 65717** | | | | | | **$12,150.60** |
| **Ozark Machinery 10399 Co Rd 8270 West Plains, MO 65775** | | | | | | **$12,522.82** |
| **Ozark Mountain Energy Inc 1150 E. Industrial Dr. PO Box 391 Mount Vernon, MO 65712** | | | | | | **$280,809.16** |
| **Ozarko Tire Centers Inc PO Box 1087 West Plains, MO 65775** | | | | | | **$38,147.85** |
| **Potter Parts and AG Supply 332 West 3rd Mountain Grove, MO 65711** | | | | | | **$14,459.16** |
| **Regions Insurance Inc 1465 E. Joyce Blvd Suite 205 Fayetteville, AR 72703** | | **Disputed Subject to Setoff** | | | | **$36,852.92** |

| Debtor | **Grisham Farms Transportation, LLC** | | Case number *(if known)* | **16-61263** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Larson Group PO Box 802753 Kansas City, MO 64180** | | | **Disputed** | | | **$142,942.11** |
| **Tri-Lakes Petroleum Company LLC 943 East Highway 76 PO Box 7500 Branson, MO 65615** | | | | | | **$248,572.38** |

# United States Bankruptcy Court
## Western District of Missouri

In re   **Grisham Farms Transportation, LLC**       Case No.   **16-61263**

Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Annabelle Grisham**<br>**7335 Newkirk Road**<br>**Mountain Grove, MO 65711** | | | **25.50 % Membership Interest** |
| **Lexie Grisham**<br>**7335 Newkirk Raod**<br>**Mountain Grove, MO 65711** | | | **25.50  Membership Interest** |
| **Rick Grisham**<br>**7334 Newkirk Road**<br>**Mountain Grove, MO 65711** | | | **49 %  Membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 20, 2017**       Signature  **/s/ Lexie Grisham**

                                                **Lexie Grisham**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name   **Grisham Farms Transportation, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   **16-61263**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................  $  **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................  $  **467,167.64**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................  $  **467,167.64**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $  **12,195,203.02**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $  **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$  **2,174,996.68**

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b                  $  **14,370,199.70**

1/20/17 3:47PM

**Fill in this information to identify the case:**

Debtor name **Grisham Farms Transportation, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known) **16-61263**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.     **Cash on hand** | **$0.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Great Southern Bank** | **checking** | **1892** | **$149,000.00** |
| 3.2. | **First Home Savings** | **checking** | | **$20,000.00** |
| 3.3. | **Bank of Missouri** | **checking** | | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                           | **$169,000.00** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **Grisham Farms Transportation, LLC** | Case number *(If known)* | **16-61263** |
|---|---|---|---|
| | Name | | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **120,883.74**          -          **0.00**    = ....          **$120,883.74**

             face amount                 doubtful or uncollectible accounts

11b. Over 90 days old:          **157,283.90**          -          **0.00**    =....          **$157,283.90**

             face amount                 doubtful or uncollectible accounts

12.    **Total of Part 3.**          **$278,167.64**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Spare parts, tires** | | **$20,000.00** | | **$20,000.00** |

23.    **Total of Part 5.**          **$20,000.00**
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value          Valuation method          Current Value

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Grisham Farms Transportation, LLC** | Case number *(If known)* **16-61263** |
|---|---|---|
| | Name | |

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks, filing cabinets** | **$1,500.00** | | **$0.00** |
| 40. | **Office fixtures**<br>**Printers** | **$200.00** | | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers** | **$1,000.00** | | **$0.00** |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$0.00** |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **See attached listing of vehicles** | **$5,286,780.00** | | **Unknown** |

| Debtor | **Grisham Farms Transportation, LLC** | Case number *(If known)* **16-61263** |
|---|---|---|
| | Name | |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**

51.   **Total of Part 8.**                                                            **$0.00**
        Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Grisham Farms Transportation, LLC** | | Case number *(If known)* **16-61263** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $169,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $278,167.64 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $467,167.64 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $467,167.64 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Type of Property | VIN | Value | How value was determined |
|---|---|---|---|
| Automobiles, trucks, trailers, and other vehicles and accessories | | | |
| 2015 Peterbilt Semi | 1XPBDP9X1FD247114 | $85,000.00 | Retail |
| 1999 Peterbilt Semi | 1XPCDR9X7XD187253 | $5,000.00 | Auction price |
| 2000 Freightliner Semi | 1FUYFSE2EB2YLG913 | $3,100.00 | Auction price |
| 1995 Peterbilt Semi | 1XPCDR9XXSD376480 | $6,500.00 | Auction price |
| 1990 Peterbilt Rolloff Truck | 1XPA20X7LN296032 | $8,300.00 | Auction price |
| 1999 Freightliner Semi | 1FUYDZB2SP554175 | $5,000.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CG21LJ16709 | $9,700.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CGX1LJ16716 | $9,700.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CGX1LJ16697 | $9,700.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CG61LJ16731 | $9,700.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CG81LJ16701 | $9,700.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CG31LJ16718 | $9,700.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CG31LJ16699 | $9,700.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CG61LJ16728 | $9,700.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CG81LJ16729 | $9,700.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CG41LJ16730 | $9,700.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CG21LJ16709 | $9,700.00 | Auction price |
| 2006 Freightliner Semi | 1FUJA6CK46PU87701 | $5,600.00 | Auction price |
| 2007 Sterling Rolloff Truck | 2FWBA2CG27AX16410 | $10,000.00 | Auction price |
| 2006 Freightliner Semi | 1FUJA6CK76PV70863 | $5,600.00 | Auction price |
| 2014 Peterbilt Semi | 1XPBDP9X5ED243324 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X1ED243322 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9XXED243321 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X3ED243323 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X7ED243325 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X9ED243326 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X0ED243327 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X2ED243328 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X4ED243329 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X0ED243330 | $60,000.00 | Retail |

| 2014 Peterbilt Semi | 1XPBDP9X2ED243331 | $60,000.00 | Retail |
|---|---|---|---|
| 2014 Peterbilt Semi | 1XPBDP9X4ED243332 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X6ED243333 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X8ED243334 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9XXED243335 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X1ED243336 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X3ED243337 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X5ED243338 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X7ED243339 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X3ED243340 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X5ED243341 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X7ED243342 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X9ED243343 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X0ED243344 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X2ED243345 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X4ED243346 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X6ED243347 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X8ED243348 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9XXED243349 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X6ED243350 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X8ED243351 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9XXED243352 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X1ED243353 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X3ED243354 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X5ED243355 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X7ED243356 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X3ED243371 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X1ED243384 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X7ED243373 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X9ED243374 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X0ED243375 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X2ED243360 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X6ED243378 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X8ED243379 | $60,000.00 | Retail |

| | | | |
|---|---|---|---|
| 2014 Peterbilt Semi | 1XPBDP9X4ED243380 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X6ED243381 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X8ED243382 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9XXED243383 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X1ED243384 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X3ED243385 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X5ED243386 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X0ED243358 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X2ED243359 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X9ED243360 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X0ED243361 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X2ED243362 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X4ED243363 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X6ED243364 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X8ED243365 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9XXED243366 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X1ED243367 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X3ED243368 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X5ED243369 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X1ED243370 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X7ED243387 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X9ED243388 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X0ED243389 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDP9X7ED243390 | $60,000.00 | Retail |
| 2014 Peterbilt Semi | 1XPBDPB9XED243391 | $60,000.00 | Retail |
| 2013 Peterbilt Semi | 1NPTL70X3DD181161 | $60,000.00 | Retail |
| 1998 Peterbilt Semi | 1XPCDR9XXWN462226 | $5,000.00 | Auction price |
| 1995 Ford Semi | 1FTXR82E6SVA47065 | $1,700.00 | Auction price |
| 1997 Ford Truck | 1FDKE37L4VHB96587 | $1,400.00 | Auction price |
| 1999 Ford Truck | 1FDNF20F1XEB56562 | $2,700.00 | Auction price |
| 1991 Great Dane Trailer | 1GRAA0020MW029302 | $1,300.00 | Auction price |
| 1991 Great Dane Trailer | 1GRAA0021MW024402 | $1,300.00 | Auction price |
| 2002 Wabash Trailer | 1JJV532W52L788471 | $5,900.00 | Auction price |
| 2000 Advantage Trailer | 4EPAA3928YATA3043 | $5,000.00 | Auction price |

| | | | |
|---|---|---|---|
| 2000 Advantage Trailer | 4EPAA3926YATA3168 | $5,000.00 | Auction price |
| 1999 American Trailer | 1A9DF4020XR368326 | $5,000.00 | Auction price |
| 1999 American Trailer | 1A9DF4026XR368329 | $5,000.00 | Auction price |
| 2000 American Trailer | 1A9DF4021YR368417 | $5,000.00 | Auction price |
| 1999 American Trailer | 1A9DF4023XR368336 | $5,000.00 | Auction price |
| 1997 Waker Trailer | 1W9P45217VN001956 | $5,000.00 | Auction price |
| 1997 Wilson Trailer | 1W1MCF1W4VA224376 | $15,000.00 | Auction price |
| 2003 Wabash Trailer | 1JJV532W33L766812 | $5,000.00 | Auction price |
| 2003 Wabash Trailer | 1JJV533W33L766745 | $5,000.00 | Auction price |
| 2003 Wabash Trailer | 1JJV532W93L766877 | $5,000.00 | Auction price |
| 2003 Wabash Trailer | 1JJV532W93L766832 | $5,000.00 | Auction price |
| 2003 Wabash Trailer | 1JJV532W83L766899 | $5,000.00 | Auction price |
| 1990 Stri Trailer | 1S11E8287LD323508 | $2,500.00 | Auction price |
| 1989 Stri Trailer | 1S11E828XK315556 | $2,500.00 | Auction price |
| 1986 Fruehauf Trailer | 1H2V04829GC014658 | $1,700.00 | Auction price |
| 1995 Walker Trailer | 1W9S82AX8S0007115 | $1,700.00 | Auction price |
| 1991 Walker Trailer | 1W9P82025M1029596 | $1,700.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W2WL508107 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W4WL508108 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W6WL508109 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W4WL508111 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W2WL508110 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W8WL508113 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W6WL508112 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W1WL508115 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482WXWL508114 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W4XL572313 | $1,300.00 | Auction price |
| 1999 Wabash Trailer | 1JJV482W2XL572312 | $1,300.00 | Auction price |
| 2007 East Trailer | 1E1D1P3867RJ40698 | $2,500.00 | Auction price |
| 1979 Fruehauf Trailer | FWV455602 | $600.00 | Auction price |
| 1978 Fruehauf Trailer | FWZ357902 | $600.00 | Auction price |
| 1982 Fruehauf Trailer | 1H4D02934CF012307 | $500.00 | Auction price |
| 1998 Dorsey Trailer | 1DTV44Z24WA262166 | $1,300.00 | Auction price |
| 1997 Dorsey Trailer | 1DTV44Z23VA258317 | $1,300.00 | Auction price |

| | | | |
|---|---|---|---|
| 1997 Dorsey Trailer | 1DTV44Z28VA252979 | $1,300.00 | Auction price |
| 1997 Dorsey Trailer | 1DTV44Z21VA258316 | $1,300.00 | Auction price |
| 1995 Dorsey Trailer | 1DTV14Z26TA243476 | $1,300.00 | Auction price |
| 1999 Vantage Trailer | 4EPAA3925XATA2477 | $12,000.00 | Auction price |
| 1997 Dorsey Trailer | 1DTV44Z27VA256182 | $1,300.00 | Auction price |
| 1997 Dorsey Trailer | 1DTV44Z29VA256183 | $1,300.00 | Auction price |
| 1997 Dorsey Trailer | 1DTV44Z25VA256181 | $1,300.00 | Auction price |
| 1998 Vantage Trailer | 4EPAA3925WATA2056 | $12,000.00 | Auction price |
| 1996 Homemade Trailer | SCHPT510814 | $1,000.00 | Auction price |
| 1998 Vantage Trailer | 4EPAA3926WATA2048 | $12,000.00 | Auction price |
| 1988 Theu Trailer | 1TA114827J2211035 | $1,000.00 | Auction price |
| 1994 Trail Trailer | 1PT01JRH0R9008474 | $800.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482WDWL508103 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W3WL508097 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W0WL508106 | $1,300.00 | Auction price |
| 1993 Raven Trailer | 1R1D0392PJ933381 | $7,800.00 | Auction price |
| 1980 Sch Trailer | 2027A580 | $7,500.00 | Auction price |
| 1977 Schm Trailer | 1485A9346 | $7,500.00 | Auction price |
| 1980 Stec Trailer | 225801027 | $7,500.00 | Auction price |
| 1977 Stec Trailer | 10676257 | $11,000.00 | Auction price |
| 1977 Stec Trailer | 3177310 | $11,000.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W9WL508105 | $1,300.00 | Auction price |
| 1998 Wabash Trailer | 1JJV482W7WL508104 | $1,300.00 | Auction price |
| 1988 Summit Trailer | 1S8AD3621J0006745 | $5,000.00 | Auction price |
| 1990 Summit Trailer | 1S8AD302XL0007341 | $500.00 | Auction price |
| 1985 Summit Trailer | 1S8AD2828F005414 | $5,000.00 | Auction price |
| 1985 Summit Trailer | 1S8AD3526F0005745 | $5,000.00 | Auction price |
| 1984 Summit Trailer | 1S8AD2824E0005263 | $5,000.00 | Auction price |
| 1985 Summit Trailer | 1S8AD3124F0005491 | $5,000.00 | Auction price |
| 2002 Wabash Trailer | 1JJV532W52L788650 | $5,000.00 | Auction price |
| 1993 Cleg Trailer | 4E7AA37209AVA0256 | $5,000.00 | Auction price |
| 2002 Wabash Trailer | 1JJV532W12LL788600 | $5,000.00 | Auction price |
| 2002 Wabash Trailer | 1JJV532W32L788646 | $5,000.00 | Auction price |
| 2002 Wanc Trailer | 1JJV532W92L788585 | $5,000.00 | Auction price |

| | | | |
|---|---|---|---|
| 2002 Wabash Trailer | 1JJV532W82L788559 | $5,000.00 | Auction price |
| 2002 Wabash Trailer | 1JJV532W52L788504 | $5,000.00 | Auction price |
| 2002 Wabash Trailer | 1JJV532W32L788517 | $5,000.00 | Auction price |
| 2002 Wabash Trailer | 1JJV532W22L788492 | $5,000.00 | Auction price |
| 2002 Wabash Trailer | 1JJV532W42L788493 | $5,000.00 | Auction price |
| 1996 Trailer | 1G9B45205TG007664 | | Auction price |
| 1995 Ford Truck | 1FTEX14N3SKA02796 | | Auction price |
| 1986 Summit Trailer | 1S8AD3629G006095 | | Auction price |
| 2006 Freightliner Semi | 1FUJA6CK56PU01781 | | Auction price |
| 2000 Freightliner Semi | 1FUYFSEB2YLG91397 | | Auction price |
| 2001 Freightliner Semi | 1FUJA6CG01LJ16725 | | Auction price |
| 1989 Merc Trailer | 1MT2P4325KH006283 | | Auction price |
| 2005 Freightliner Semi | 1FUJA6CK05LN06590 | | Auction price |
| 2006 Warr Trailer | 1W9AC46366P347615 | | Auction price |
| 1999 Vantage Trailer | 4EPAA3924YATA3170 | $12,000.00 | Auction price |
| 2001 Freightliner Semi | 1FUJA6CG11LJ16703 | $9,700.00 | Auction price |
| 1983 Walker Trailer | 1W9P82029D1026409 | $8,500.00 | Auction price |
| 1990 Wabash Trailer | 1JJV482M5LL143464 | $1,300.00 | Auction price |
| 2003 Wabash Trailer | 1JJV532W03L831776 | $5,000.00 | Auction price |
| 2003 Wabash Trailer | 1JJV532W63L831572 | $5,000.00 | Auction price |
| 2003 Wabash Trailer | 1JJV532W93L831579 | $5,000.00 | Auction price |
| 2003 Wabash Trailer | 1JJV532W93L831291 | $5,000.00 | Auction price |
| 2000 Vantage Trailer | 4EPAA3925YATA3047 | $12,000.00 | Auction price |
| 2011 Wilx Trailer | 4WWMBF1A7B3616350 | $22,000.00 | Auction price |
| 1999 Vantage Trailer | 4EPAA382XXATA2717 | $12,000.00 | Auction price |
| 1999 Vantage Trailer | 4EPAA3922XATA2484 | $12,000.00 | Auction price |
| 1999 Vantage Trailer | 4EPAA3924XATA2745 | $12,000.00 | Auction price |
| 1999 Vantage Trailer | 4EPAA3924XATA2485 | $12,000.00 | Auction price |
| 1999 Vantage Trailer | 4EPAA3928XATA2652 | $12,000.00 | Auction price |
| 1998 Vantage Trailer | 4EPAA3925WATA1988 | $12,000.00 | Auction price |
| 1995 Merrit Trailer | 1MT2P432SH009070 | $15,000.00 | Auction price |
| 1998 Wilson Trailer | 1W1MCF1A7WB227305 | $15,000.00 | Auction price |
| 1996 Timpte Trailer | 1TDH42228TB090041 | $15,000.00 | Auction price |
| 1995 Vantage Trailer | 4EPAA3925SARA0690 | $12,000.00 | Auction price |

| | | | |
|---|---|---|---|
| 1998 Vantage Trailer | 4EPAA3927WARA2107 | $12,000.00 | Auction price |
| 1998 Timpte Trailer | 1TDH42225WB093841 | $15,000.00 | Auction price |
| 1978 Summit Trailer | 536783141 | $5,000.00 | Auction price |
| 1978 Summit Trailer | 535783140 | $5,000.00 | Auction price |
| 1978 Summit Trailer | 553783158 | $5,000.00 | Auction price |
| 1997 Timpte Trailer | 1TDH4222XVB092098 | $15,000.00 | Auction price |
| 2004 Trail Trailer | 1TKDS28244B067524 | $4,100.00 | Auction price |
| 2005 Trail Trailer | 1TKDS28255B098279 | $4,100.00 | Auction price |
| 2005 Trail Trailer | 1TKDS28235B098281 | $4,100.00 | Auction price |
| 2005 Trail Trailer | 1TKDS28275B098283 | $4,100.00 | Auction price |
| 2005 Trail Trailer | 1TKDS28235B098278 | $4,100.00 | Auction price |
| 2005 Trail Trailer | 1TKDS28265B108284 | $4,100.00 | Auction price |
| 2005 Trail Trailer | 1TKDS28264B067525 | $4,100.00 | Auction price |
| 1998 Trav Trailer | 1T91F3921W1247520 | $9,400.00 | Auction price |
| 2005 Tsst Trailer | 1T9DS28B251066705 | | Auction price |
| 1998 Vantage Trailer | 4EPAA3926WATA2079 | $12,000.00 | Auction price |
| 1999 Vantage Trailer | 4EPAA3921XATA2489 | $12,000.00 | Auction price |
| 1998 Vantage Trailer | 4EPAA3928WATA2066 | $12,000.00 | Auction price |
| 1999 Vantage Trailer | 4EPAA3920XATA2483 | $12,000.00 | Auction price |
| 1998 Vantage Trailer | 4EPAA3929WATA2058 | $12,000.00 | Auction price |
| 1998 Vantage Trailer | 4EPAA392XWATA2053 | $12,000.00 | Auction price |
| 2005 Viking Trailer | 1V9PD42295N062838 | $1,600.00 | Auction price |
| 2000 Wabash Trailer | 1JJV532W1YL623364 | $1,300.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W7YL623384 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532WXYL623380 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W4YL623441 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W4YL674342 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532WXY6623346 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W5YL623321 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W2YL623440 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W6YL623327 | $5,000.00 | Auction price |
| 1999 Wanc Trailer | 1JJV532W6YL623294 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W5YL623318 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W5YL623397 | $5,000.00 | Auction price |

| | | | |
|---|---|---|---|
| 2000 Wanc Trailer | 1JJV532W4YL623410 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W3YL623351 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W4YL623360 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W6YL623361 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W6YL623392 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W2YL623342 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532WXYL623427 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W8YL623412 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W4YL623424 | $5,000.00 | Auction price |
| 2000 Wanc Trailer | 1JJV532W1YL674346 | $5,000.00 | Auction price |
| 1999 Wanc Trailer | 1JJV532W0YL623310 | $5,000.00 | Auction price |
| 2007 Warr Trailer | 1W9AC46357P347817 | $5,000.00 | Auction price |
| 2006 Warr Trailer | 1W9AC46366P347761 | $5,000.00 | Auction price |
| 2006 Warr Trailer | 1W9AC463X6P347634 | $5,000.00 | Auction price |
| 2009 Wilx Trailer | 1W1MCF1A19B253631 | $15,000.00 | Auction price |
| 2011 Wilx Trailer | 4WWMBF1A1B3616330 | $15,000.00 | Auction price |
| | **TOTAL** | $5,286,700.00 | |
| | | | |

1:11 PM
01/20/17

# Grisham Farm Transportation, LLC
## A/R Aging Summary
### As of December 19, 2016

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 3-G, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ABF Logistics | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 | 1,350.00 |
| Alpine Truck and Trailer Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Armstrong Transport Group, Inc | 0.00 | 2,550.00 | 0.00 | 0.00 | 0.00 | 2,550.00 |
| BKD EE ADJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BNSF Logistics | 0.00 | 2,700.00 | 0.00 | 0.00 | 0.00 | 2,700.00 |
| BTC of Tulsa Logistics | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| C.H. Robinson | 2,150.00 | 4,725.00 | 1,210.00 | 0.00 | 0.00 | 8,085.00 |
| Carrizar | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Coyote | 5,550.00 | 10,385.00 | 7,300.00 | 0.00 | 0.00 | 23,235.00 |
| E-Transport Group, Inc | 0.00 | 700.00 | 0.00 | 0.00 | 0.00 | 700.00 |
| ECO Solutions | 0.00 | 0.00 | 0.00 | 2,400.00 | 0.00 | 2,400.00 |
| Grisham Farm Products, Inc | 0.00 | 7,800.00 | 0.00 | 0.00 | 0.00 | 7,800.00 |
| Guided Logistics | 0.00 | 750.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| Hub Group, Inc. | 0.00 | 0.00 | 700.00 | 0.00 | 1,200.00 | 1,900.00 |
| J and L Trucking | 0.00 | 0.00 | 0.00 | 0.00 | 57.49 | 57.49 |
| Knight Logistics | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 | 1,350.00 |
| Kramer Family Farms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Landstar Ranger | 0.00 | 2,750.00 | 0.00 | 0.00 | 0.00 | 2,750.00 |
| MGI Freight Soultions, Inc | 0.00 | 0.00 | 725.00 | 0.00 | 0.00 | 725.00 |
| Nolan Transportation Group | 0.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| Pam Transport | 0.00 | 0.00 | 0.00 | 0.00 | 3,200.00 | 3,200.00 |
| Power Plastic | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| Richard Best | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Roll On Transportation | 780.00 | 780.00 | 0.00 | 2,320.00 | 0.00 | 3,880.00 |
| Schulze & Burch Biscuit Co | 4,000.00 | 26,000.00 | 19,000.00 | 0.00 | 0.00 | 49,000.00 |
| Southeast Service Transport | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| SPI International Transportation | 0.00 | 0.00 | 0.00 | 0.00 | 885.00 | 885.00 |
| Total Quality Logistics | 0.00 | 1,700.00 | 0.00 | 0.00 | 0.00 | 1,700.00 |
| Uncommon Ingredient Options | 0.00 | 625.00 | 0.00 | 0.00 | 1,300.00 | 1,925.00 |
| US Logistics, LLC | 0.00 | 0.00 | 850.00 | 0.00 | 0.00 | 850.00 |
| West Central Motor Freight, Inc | 0.00 | 0.00 | 0.00 | 0.00 | -175.00 | -175.00 |
| Woody Bogler Trucking | 0.00 | 0.00 | 0.00 | 10,408.74 | 25,604.53 | 36,013.27 |
| Woody Boogler | 0.00 | 0.00 | 0.00 | 0.00 | 828.14 | 828.14 |
| **TOTAL** | **13,280.00** | **62,890.00** | **29,595.00** | **15,128.74** | **36,460.16** | **157,283.90** |

**Fill in this information to identify the case:**

Debtor name    **Grisham Farms Transportation, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **16-61263**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bank of Mansfield**<br>Creditor's Name<br><br>**a/k/a HomePride Bank**<br>**110 E. Commercial**<br>**Mansfield, MO 65704**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Secured by Trucks, Trailers & Equipment**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,113,122.57** | **Unknown** |
| **2.2** **Internal Revenue Service**<br>Creditor's Name<br><br>**PO Box 804525**<br>**Cincinnati, OH 45280-4525**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$1,100,000.00** | **Unknown** |

Debtor  **Grisham Farms Transportation, LLC**
Name

Case number *(if know)*  **16-61263**

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Stearns Bank, NA** |
|---|---|

Creditor's Name

**PO Box 750**
**Albany, MN 56307**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**
**Secured by trailers  (10) 2002 Wabash Trailers and (2) 1991 Great Dane Trailers**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$82,080.45    Unknown

---

| 2.4 | **The Bank of Missouri** |
|---|---|

Creditor's Name

**800 State Hwy 248**
**Suite C**
**Branson, MO 65616**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**
**Secured by Truck/Tractors  (70) 2014 Peterbilt Truck/Tractor and (1) 2013 Peterbilt Truck/Tractor**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,800,000.00    Unknown

---

| 2.5 | **Wells Fargo Equipment Finance** |
|---|---|

Creditor's Name

**PO Box 1450**
**Minneapolis, MN 55485**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Secured by (1) 2015 Peterbilt Truck/Tractor-VIN 1XPBD9X1FD247114**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

$100,000.00    Unknown

---

Debtor   **Grisham Farms Transportation, LLC**

Name

Case number (if know)   **16-61263**

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $12,195,203.02 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Grisham Farms Transportation, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **16-61263**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,962.34 |
| --- | --- | --- | --- |

**AA Wheel & Truck Supply, Inc.**
**1419 North Belcrest**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,552.56 |
| --- | --- | --- | --- |

**Accellos**
**Dept CH 16991**
**Palatine, IL 60055-6691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,507.65 |
| --- | --- | --- | --- |

**Airgas USA, LLC**
**P.O. Box 532609**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122,782.26 |
| --- | --- | --- | --- |

**Anthem BCBS MO Group**
**PO Box 105183**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Grisham Farms Transportation, LLC** | Case number (if known) | **16-61263** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.74 |
|---|---|---|---|

**Ark-Mo Welding**
**P.O. Box 249**
**Portia, AR 72457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,117.41 |
|---|---|---|---|

**Bank of America**
**PO Box 15796**
**Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.29 |
|---|---|---|---|

**Blue Line Rental**
**P.O. Box 840062**
**Dallas, TX 75284-0062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,145.59 |
|---|---|---|---|

**BP Business Solutions**
**P.O. Box 70995**
**Charlotte, NC 28272-0995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Business Card**
**PO Box 15796**
**Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 |
|---|---|---|---|

**Central Power Systems & Services Inc.**
**P.O. Box 877625**
**Kansas City, MO 64187-7625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158,358.19 |
|---|---|---|---|

**Certified Laboratories**
**23261 Network Place**
**Chicago, IL 60673-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farms Transportation, LLC** | Case number *(if known)* | **16-61263** |
|---|---|---|---|

Name

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,323.27**

**Cindy Cottengim, Collector of Revenue**
**Wright County Courthouse**
**P.O. Box 9**
**Hartville, MO 65667**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,957.38**

**D.O.C. Lubrication Specialists**
**P.O. Box 641**
**Springfield, MO 65801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,303.59**

**Detco**
**PO Box 430**
**Conway, AR 72033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$617.58**

**Don Vance Ford**
**Hwy 38 West**
**PO Box 617**
**Marshfield, MO 65706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,419.60**

**Douglass Steel LLC**
**11267 Dunn Dirve**
**Mountain Grove, MO 65711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$569,119.59**

**Empire Energy**
**PO Box 7500**
**Branson, MO 65615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,025.56**

**Fleet Pride**
**PO Box 847118**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Grisham Farms Transportation, LLC | Case number (if known) | 16-61263 |
|--------|-----------------------------------|------------------------|----------|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,341.19**

**FSI Farm Service, Inc.**
**PO Box 249**
**Hoxie, AR 72433**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,306.75**

**Guardian**
**PO Box 677458**
**Dallas, TX 75267-7458**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,279.21**

**Hazemag USA Inc**
**PO Box 1064**
**Uniontown, PA 15401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,249.54**

**I-44 Truck Center & Wrecker Service**
**705 N. Service Rd West**
**Saint Clair, MO 63077**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.52**

**Illinois Dept of Employment Security**
**PO Box 19300**
**Springfield, IL 62794-9300**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.77**

**Imperial Supplies LLC**
**PO Box 23910**
**Green Bay, WI 54305-3910**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,360.38**

**J & P Flash Inc**
**PO Box 2168**
**West Memphis, AR 72303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Grisham Farms Transportation, LLC | Case number (if known) | 16-61263 |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.76 |
|---|---|---|---|

**Jenkins Diesel Power, Inc.**
**1845 East Blaine**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**John Fabick Tractor Co**
**PO Box 952121**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,290.00 |
|---|---|---|---|

**Liberty Technical Solutions LLC**
**4852 Prairie Branch Road**
**Mansfield, MO 65704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $378.47 |
|---|---|---|---|

**Loves Tire Care #292**
**#292 12 W. Northbrook Dr**
**Dwight, IL 60420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $509.04 |
|---|---|---|---|

**Maximum Diesel Service**
**943 Lawrence Rd 210**
**Black Rock, AR 72415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,920.56 |
|---|---|---|---|

**MFA Oil  Mansfield 1046**
**Mansfield 1046**
**1460 E. Clinton Rd**
**Seymour, MO 65746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,474.18 |
|---|---|---|---|

**MHC Kenworth Cabool**
**915-A Shelton Drive**
**Cabool, MO 65689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grisham Farms Transportation, LLC** | Case number *(if known)* | **16-61263** |
|---|---|---|---|

Name

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,217.12** |
|---|---|---|---|

**Michelin North America, Inc.**
PO Box 100860
Atlanta, GA 30384-0860

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$903.49** |
|---|---|---|---|

**Mike's Tire Service**
PO Box 962
Imboden, AR 72434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184.20** |
|---|---|---|---|

**Miller Electric & Plumbing Supplies**
613 W 3rd St
Mountain Grove, MO 65711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Missouri Department of Revenue**
PO Box 3375
Jefferson City, MO 65105-3375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Missouri Employers Mutual Insurance**
PO Box 1810
Columbia, MO 65208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,850.50** |
|---|---|---|---|

**Mtn Grove Truck Lube & Wash LLC**
8915 Business 60
Mountain Grove, MO 65711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127.61** |
|---|---|---|---|

**National Fastener Corporation**
PO Box 27391
Omaha, NE 68127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

1/20/17  3:47PM

| Debtor | Grisham Farms Transportation, LLC | Case number (if known) | 16-61263 |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,150.60**

**Norwood AMPM**
**741 St. Hwy E.**
**Norwood, MO 65717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,587.56**

**O'Reilly Auto Parts**
**PO Box 9464**
**Springfield, MO 65801-9464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,522.82**

**Ozark Machinery**
**10399 Co Rd 8270**
**West Plains, MO 65775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280,809.16**

**Ozark Mountain Energy Inc**
**1150 E. Industrial Dr.**
**PO Box 391**
**Mount Vernon, MO 65712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**Ozark Utility**
**3650 East Evergreen**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,147.85**

**Ozarko Tire Centers Inc**
**PO Box 1087**
**West Plains, MO 65775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Ozarks Medical Center**
**PO Box 1100**
**West Plains, MO 65775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Grisham Farms Transportation, LLC** | Case number *(if known)* | **16-61263** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,769.44** |
|---|---|---|---|

**PeopleNet Communications Corporation**
PO Box 203673
Dallas, TX 75320-2673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$599.74** |
|---|---|---|---|

**Peterbilt of Springfield Inc**
3026 N. Mulroy Road
Strafford, MO 65757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,459.16** |
|---|---|---|---|

**Potter Parts and AG Supply**
332 West 3rd
Mountain Grove, MO 65711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$895.58** |
|---|---|---|---|

**Prier Tire Supply Inc.**
27524 State Hwy J
Golden, MO 65658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Products Plus, Inc.**
PO Box 1696
Ozark, MO 65721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,795.43** |
|---|---|---|---|

**Purcell Tire & Rubber Company**
1740 E. Commercial St
Attn Steve
Springfield, MO 65803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,852.92** |
|---|---|---|---|

**Regions Insurance Inc**
1465 E. Joyce Blvd
Suite 205
Fayetteville, AR 72703

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

1/20/17  3:47PM

| Debtor | **Grisham Farms Transportation, LLC** | | Case number (if known) | **16-61263** |
|---|---|---|---|---|

Name

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $219.53 |
|---|---|---|---|

**Scrivner Oil Co. Inc.**
**2415 S. Campbell**
**Springfield, MO 65807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.89 |
|---|---|---|---|

**Shamrock Bolt and Screw Co Inc**
**3731 Wheeler Avenue**
**Fort Smith, AR 72901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,187.63 |
|---|---|---|---|

**Shannon Heating & Cooling Inc**
**8693 Outer Rd**
**PO Box 811**
**Mountain Grove, MO 65711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,986.16 |
|---|---|---|---|

**Springfield Freightliner Sales**
**PO Box 418050**
**Attn: Ryan Westfall**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,875.00 |
|---|---|---|---|

**Springfield Special Products**
**2045 N. National Ave**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,027.21 |
|---|---|---|---|

**Springfield Tractor & Trailer**
**3380 Singer Avenue**
**Springfield, IL 62703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.02 |
|---|---|---|---|

**Springfield Trailer Inc**
**2929 E. Blaine**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Grisham Farms Transportation, LLC | Case number (if known) | 16-61263 |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,922.46 |
|---|---|---|---|

**Stainless Steel Tanks**
831 Hwy NN
Saint Mary, MO 63673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142,942.11 |
|---|---|---|---|

**The Larson Group**
PO Box 802753
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248,572.38 |
|---|---|---|---|

**Tri-Lakes Petroleum Company LLC**
943 East Highway 76
PO Box 7500
Branson, MO 65615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**Triangle Trucking Corp.**
PO Box 7
3614 W. Arrow
Marshall, MO 65340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $928.08 |
|---|---|---|---|

**Truck Parts & Supply Co**
4005 Kearney
Springfield, MO 65803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,524.56 |
|---|---|---|---|

**Trux Trailer and Tractor Repair Inc**
900 Northwest Bypass
Springfield, MO 65802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,529.33 |
|---|---|---|---|

**Unifirst Corporation**
2244 N. Bolivar Rd
Springfield, MO 65803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Grisham Farms Transportation, LLC | Case number (if known) | 16-61263 |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,086.63 |
|---|---|---|---|

**US Auto Force**
**7984 Solution Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,831.72 |
|---|---|---|---|

**Wiese USA**
**PO Box 60106**
**Saint Louis, MO 63160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,076.82 |
|---|---|---|---|

**Wilson Trailer Sales**
**9051 E. 1-70 Drive NE**
**Columbia, MO 65202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,174,996.68 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,174,996.68 |

**Fill in this information to identify the case:**

Debtor name      **Grisham Farms Transportation, LLC**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF MISSOURI

Case number (if known)    **16-61263**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

1/20/17 3:47PM

**Fill in this information to identify the case:**

Debtor name    **Grisham Farms Transportation, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **16-61263**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Annabelle Grisham** | **7335 Newkirk Road** **Mountain Grove, MO 65711** | **The Bank of Missouri** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Annabelle Grisham** | **7335 Newkirk Road** **Mountain Grove, MO 65711** | **The Larson Group** | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |
| 2.3 **Annabelle Grisham** | **7335 Newkirk Road** **Mountain Grove, MO 65711** | **Bank of Mansfield** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Lexie Grisham** | **7335 Newkirk Road** **Mountain Grove, MO 65711** | **The Bank of Missouri** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.5 **Lexie Grisham** | **7335 Newkirk Road** **Mountain Grove, MO 65711** | **The Larson Group** | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |

| Debtor | **Grisham Farms Transportation, LLC** | Case number *(if known)* | **16-61263** |
|---|---|---|---|

▬ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Lexie Grisham** | 7335 Newkirk Road<br>Mountain Grove, MO 65711 | **Bank of Mansfield** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Rick Grisham** | 7334 Newkirk Road<br>Mountain Grove, MO 65711 | **The Bank of Missouri** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Rick Grisham** | 7334 Newkirk Road<br>Mountain Grove, MO 65711 | **The Larson Group** | ☐ D _____<br>■ E/F __3.62__<br>☐ G _____ |
| 2.9 | **Rick Grisham** | 7334 Newkirk Road<br>Mountain Grove, MO 65711 | **Bank of Mansfield** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Grisham Farms Transportation, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **16-61263**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,610,246.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$12,877,441.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$15,895,742.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Grisham Farms Transportation, LLC**                              Case number *(if known)* **16-61263**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached listing** | | **$628,027.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **The Larson Group v. Grisham Farms Transportation, LLC, Lexie Grisham, Rick Grisham & Annabelle Grisham 16WR-CC00025** | **Suit on Promissory NOte** | **Wright County Missouri Circuit Court 44th Judicial Circuit 125 Court Street Hartville, MO 65667** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

Debtor    **Grisham Farms Transportation, LLC**                    Case number *(if known)*  **16-61263**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|
    | 11.1. **McDowell Rice Smith & Buchanan, P.C. 605 W. 47th Street, Suite 350 Kansas City, MO 64112** | | **12/14/2016** | **$25,000.00** |
    | Email or website address | | | |
    | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

    | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

| Debtor | **Grisham Farms Transportation, LLC** | Case number *(if known)* **16-61263** |
|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Grisham Farm Products 401k Plan, Inc.** | EIN:  **43-1748185** |

   Has the plan been terminated?
   ☐ No
   ■ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

1/20/17 3:47PM

| Debtor | Grisham Farms Transportation, LLC | | Case number *(if known)* | **16-61263** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **See attached listing 10-18** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Grisham Farms Transportation, LLC**    Case number *(if known)*    **16-61263**

---

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Shanna Wilson**<br>**4699 Spence School Road**<br>**Norwood, MO 65717** | **2015 & 2016** |
| 26a.2.    **Cindy McGraw**<br>**7310 Newkirk Road**<br>**Mountain Grove, MO 65711** | **2015 & 2016** |
| 26a.3.    **Annabelle Grisham**<br>**7335 Newkirk Road**<br>**Mountain Grove, MO 65711** | **2015 & 2016** |
| 26a.4.    **Cheri Grisham**<br>**7334 Newkirk Road**<br>**Mountain Grove, MO 65711** | **2015 & 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **BKD, LLP**<br>**910 E. St. Louis Street**<br>**PO Box 1190**<br>**Springfield, MO 65801** | **2015 & 2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

---

Debtor    **Grisham Farms Transportation, LLC**

Case number *(if known)*  **16-61263**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **BKD, LLP**<br>**910 E. St. Louis Street**<br>**PO Box 1190**<br>**Springfield, MO 65801** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Bank of Mansfield**<br>**110 E. Commercial**<br>**Mansfield, MO 65704** |
| 26d.2. | **Bank of Missouri**<br>**1313 State Hwy 248**<br>**Branson, MO 65616** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lexie Grisham** | **7335 Newkirk Road**<br>**Mountain Grove, MO 65711** | **Member** | **25.50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rick Grisham** | **7334 Newkirk Road**<br>**Mountain Grove, MO 65711** | **Member** | **49.00** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Annabelle Grisham** | **7335 Newkirk Road**<br>**Mountain Grove, MO 65711** | **Member** | **25.50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Debtor | **Grisham Farms Transportation, LLC** | Case number *(if known)* | **16-61263** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Grisham Farm Products 401k Plan, Inc.** | EIN:    **43-1748185** |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 20, 2017**

**/s/ Lexie Grisham**                                                    **Lexie Grisham**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Part 10 - 18

Certain Financial Acct

| Financial Institution | Address | Type of Acct | Date moved, closed | Last balance |
|---|---|---|---|---|
| Home Pride Bank | 110 E Commercial St Mansfield, Mo  65704 | checking | 16-Jul | 0 |
| Great Southern Bank | 100 E 19th St Mountain Grove, Mo  65711 | checking | 12/1/2016 | 0 |

| Exhibit 3B | | | | |
|---|---|---|---|---|
| Form of Payment | Name of Creditor | Address of Creditor | Date of Payment | Amount Paid |
| 40005 | Advantage Trailer Leasing | PO Box 1444 St Peters, MO  63376 | 12/06/2016 | 2,836.00 |
| 40202 | Advantage Trailer Leasing | PO Box 1444 St Peters, MO  63376 | 12/12/2016 | 5,050.00 |
| 40357 | Advantage Trailer Leasing | PO Box 1444 St Peters, MO  63376 | 12/16/2016 | 2,836.00 |
| 40360 | Advantage Trailer Leasing | PO Box 1444 St Peters, MO  63376 | 12/16/2016 | 7,075.80 |
| 30005 | Allison Trucking Inc. | 815 NW 3rd St Walnut Ridge, AR  72476 | 11/17/2016 | 26.00 |
| 30006 | Allison Trucking Inc. | 815 NW 3rd St Walnut Ridge, AR  72476 | 11/17/2016 | 5,052.70 |
| 30007 | Allison Trucking Inc. | 815 NW 3rd St Walnut Ridge, AR  72476 | 11/17/2016 | 5,731.20 |
| 30178 | Allison Trucking Inc. | 815 NW 3rd St Walnut Ridge, AR  72476 | 11/25/2016 | 5,049.35 |
| 30179 | Allison Trucking Inc. | 815 NW 3rd St Walnut Ridge, AR  72476 | 11/25/2016 | 2,181.00 |
| 30318 | Anthem BCBS MO Group | PO Box 105183 Atlanta, GA  30348 | 11/30/2016 | 30,295.79 |
| eft | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 09/22/2016 | 3,020.00 |
| eft | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 10/03/2016 | 3,020.00 |
| eft | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 10/07/2016 | 5,020.00 |
| eft | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 10/12/2016 | 5,020.00 |
| eft | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 10/28/2016 | 2,520.00 |
| eft | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 11/04/2016 | 2,020.00 |
| eft | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 11/14/2016 | 3,030.00 |
| eft | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 11/23/2016 | 5,035.00 |
| eft | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 12/01/2016 | 5,030.00 |
| eft | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 12/15/2016 | 5,015.00 |
| EFT | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 09/22/2016 | 5,020.00 |
| EFT | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 09/26/2016 | 5,020.00 |
| EFT | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 10/20/2016 | 3,020.00 |
| EFT | Comdata | 5301 Maryland Way Brentwood, TN  37027 | 11/08/2016 | 3,020.00 |
| 30146 | Cyberg Ag | 2016 Clay St North Kansas City, MO  64116 | 11/22/2016 | 23,750.00 |
| 30129 | D.O.C. Lubrication Specialists | PO Box 641 Springfield, Mo  65801 | 11/18/2016 | 2,901.35 |
| 30294 | D.O.C. Lubrication Specialists | PO Box 641 Springfield, Mo  65801 | 11/28/2016 | 3,784.32 |
| 40201 | D.O.C. Lubrication Specialists | PO Box 641 Springfield, Mo  65801 | 12/12/2016 | 2,719.48 |
| 1011 | Decatur Towing | 8736 AR-59 Decatur, AR  72722 | 10/27/2016 | 6,987.50 |
| 30321 | Donna Williams | | 11/30/2016 | 4,234.60 |
| 40052 | Donna Williams | | 12/08/2016 | 4,234.60 |
| 30319 | Empire Energy | PO Box 7500 Branson, Mo  65615 | 11/30/2016 | 15,644.26 |
| 30320 | Empire Energy | PO Box 7500 Branson, Mo  65615 | 11/30/2016 | 3,151.45 |
| 40205 | Empire Energy | PO Box 7500 Branson, Mo  65615 | 12/12/2016 | 15,805.26 |
| 40353 | Empire Energy | PO Box 7500 Branson, Mo  65615 | 12/16/2016 | 13,302.93 |
| 30295 | FCS Financial | 1360 N Lexington Ave Marshall, MO  65340 | 11/28/2016 | 6,034.96 |

| | | | | |
|---|---|---|---|---|
| 30296 | FCS Financial | 1360 N Lexington Ave Marshall, MO  65340 | 11/28/2016 | 896.45 |
| 30149 | FSI  Farm Service, Inc. | PO Box 249 Hoxie, AR  72433 | 11/23/2016 | 3,430.67 |
| 30327 | FSI  Farm Service, Inc. | PO Box 249 Hoxie, AR  72433 | 12/01/2016 | 3,098.01 |
| 40224 | FSI  Farm Service, Inc. | PO Box 249 Hoxie, AR  72433 | 12/15/2016 | 3,098.01 |
| 40356 | FSI  Farm Service, Inc. | PO Box 249 Hoxie, AR  72433 | 12/16/2016 | 3,096.97 |
| 1010 | FSI  Farm Service, Inc. | PO Box 249 Hoxie, AR  72433 | 10/26/2016 | 5,000.00 |
| eft | Grisham Farm Products, Inc | 7364 Newkirk Rd Mountain Grove, Mo  65711 | 10/26/2016 | 28,000.00 |
| EFT | Grisham Farm Products, Inc | 7364 Newkirk Rd Mountain Grove, Mo  65711 | 09/20/2016 | 2,000.00 |
| 1009 | Grisham Farm Products, Inc | 7364 Newkirk Rd Mountain Grove, Mo  65711 | 10/18/2016 | 16,000.00 |
| 30004 | Grisham Farm Products, Inc | 7364 Newkirk Rd Mountain Grove, Mo  65711 | 11/17/2016 | 44,309.90 |
| 30282 | Henderson Feed & Grain | PO Box 584 Buffalo, MO  65622 | 11/25/2016 | 2,521.00 |
| 30324 | Henderson Feed & Grain | PO Box 584 Buffalo, MO  65622 | 11/30/2016 | 2,528.00 |
| 40057 | Henderson Feed & Grain | PO Box 584 Buffalo, MO  65622 | 12/08/2016 | 5,049.00 |
| eft | IRS-941 | | 11/25/2016 | 18,457.78 |
| eft | Mcdowell, Smith, Rice | 605 W 47th St # 350 Kansas City, MO  64112 | 12/14/2016 | 25,000.00 |
| 30310 | Nationwide | PO Box 37712 Philadelphia, PA  19101 | 11/29/2016 | 5,701.80 |
| 40193 | Norwood AMPM | 741 St Hwy E  Norwood, MO  65717 | 12/15/2016 | 16,912.10 |
| 30136 | Ozark Mountain Energy, Inc. | PO Box 391 Mt. Vernon, MO  65712 | 11/21/2016 | 16,800.56 |
| 40217 | Ozark Mountain Energy, Inc. | PO Box 391 Mt. Vernon, MO  65712 | 12/14/2016 | 18,000.00 |
| 30037 | Ozark Mountain Energy, Inc. | PO Box 391 Mt. Vernon, MO  65712 | 11/18/2016 | 16,400.00 |
| 30284 | Ozark Mountain Energy, Inc. | PO Box 391 Mt. Vernon, MO  65712 | 11/28/2016 | 16,500.00 |
| 40178 | Ozark Mountain Energy, Inc. | PO Box 391 Mt. Vernon, MO  65712 | 12/09/2016 | 18,000.00 |
| 30144 | Ozarko Tire Centers, Inc. | PO Box 1087 West Plains, MO  65775 | 11/22/2016 | 2,758.73 |
| 30323 | Ozarko Tire Centers, Inc. | PO Box 1087 West Plains, MO  65775 | 11/30/2016 | 2,907.95 |
| 40047 | Ozarko Tire Centers, Inc. | PO Box 1087 West Plains, MO  65775 | 12/07/2016 | 2,499.50 |
| 40180 | Ozarko Tire Centers, Inc. | PO Box 1087 West Plains, MO  65775 | 12/09/2016 | 2,942.95 |
| 40212 | Ozarko Tire Centers, Inc. | PO Box 1087 West Plains, MO  65775 | 12/14/2016 | 2,481.50 |
| 30001 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 11/16/2016 | 2,000.16 |
| 30003 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 11/17/2016 | 1,408.03 |
| 30152 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 11/23/2016 | 431.13 |
| 30153 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 11/23/2016 | 558.88 |
| 30290 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 11/28/2016 | 730.38 |
| 30304 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 11/29/2016 | 533.24 |
| 30307 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 11/29/2016 | 582.94 |
| 30316 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 11/30/2016 | 2,927.48 |
| 30317 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 11/30/2016 | 1,510.68 |
| 40003 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 12/06/2016 | 199.60 |
| 40004 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 12/06/2016 | 704.73 |

| | | | | |
|---|---|---|---|---|
| 40181 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 12/09/2016 | 874.67 |
| 40206 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 12/12/2016 | 2,236.47 |
| 40211 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 12/13/2016 | 806.87 |
| 40218 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 12/14/2016 | 546.34 |
| 40350 | Peterbilt of Willow Springs | 713 Hill St Willow Springs, Mo  65793 | 12/16/2016 | 2,276.43 |
| 30049 | Potter Parts And AG Supply | 322 West 3rd Mountain Grove, MO  65711 | 11/18/2016 | 6,956.47 |
| 40225 | Potter Parts And AG Supply | 322 West 3rd Mountain Grove, MO  65711 | 12/15/2016 | 4,977.52 |
| 30002 | Purcell Tire & Rubber Company | 1740 E Sommercial St Springfield, MO  65803 | 11/17/2016 | 1,422.51 |
| 30293 | Purcell Tire & Rubber Company | 1740 E Sommercial St Springfield, MO  65803 | 11/28/2016 | 1,440.50 |
| 40002 | Purcell Tire & Rubber Company | 1740 E Sommercial St Springfield, MO  65803 | 12/06/2016 | 10,992.30 |
| 40188 | Purcell Tire & Rubber Company | 1740 E Sommercial St Springfield, MO  65803 | 12/12/2016 | 1,685.46 |
| 40222 | Purcell Tire & Rubber Company | 1740 E Sommercial St Springfield, MO  65803 | 12/15/2016 | 2,443.18 |
| 40349 | Purcell Tire & Rubber Company | 1740 E Sommercial St Springfield, MO  65803 | 12/16/2016 | 502.00 |
| 30300 | The Bank of Missouri | 800 State Hwy 248 Branson, MO  65616 | 11/29/2016 | 25,000.00 |
| 30148 | Tri- Lakes Petroleum Company, LLC | PO Box 7500 Branson, Mo  65615 | 11/23/2016 | 15,523.16 |
| 40182 | Tri- Lakes Petroleum Company, LLC | PO Box 7500 Branson, Mo  65615 | 12/09/2016 | 15,348.21 |
| 40183 | Tri- Lakes Petroleum Company, LLC | PO Box 7500 Branson, Mo  65615 | 12/09/2016 | 15,523.16 |
| | | | | |
| | | | TOTAL | 628,027.93 |
| | | | | |
| | | | | |