IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

In re:

GRISHAM FARMS TRANSPORTATION, LLC           Case No. 16-61263
    Debtor

NOTICE OF INTENT TO SELL PROPERTY

    TO ALL PARTIES IN INTEREST:

    PLEASE TAKE NOTICE THAT the Trustee, Norman Rouse, intends to sell the following described property free and clear of liens, liens if any will attach to the proceeds. The property to be sold is described as follows:

    2007 Sterling Vin # 2FWBA2CG27AX16410

    Form I Number: 7

    Property is to be sold to Maximum Diesel Service for $3,500.00.

    The Trustee feels this is a fair price for the truck due to the fact that Maximum Diesel Service has an outstanding repair bill for the truck of $15,172.93 for work done. The Trustee considered the mileage, repairs done, location of the truck in Arkansas, and over all condition when reaching the sale price of the truck.

    From the sale proceeds the Trustee will pay the following:

    (A)    Reasonable Trustee fees as approved by the Court.

    (B)    Terms of sale are all cash.

    Any response to the motion must be filed within 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by

an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the notice and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically. If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

Dated October 3, 2017

/s/ Norman E. Rouse
NORMAN E. ROUSE
Missouri Bar No. 27439
Collins, Webster and Rouse
5957 East 20th Street
Joplin, Missouri 64801
twelch@cwrcave.com
TRUSTEE

I certify that a true copy of the foregoing was sent by either electronic mail or U.S. Mail, postage prepaid to:

Office of the U.S. Trustee
United States Courthouse
400 East 9th Street
Room 3440
Kansas City, Mo. 64106

JONATHAN A. MARGOLIES

all parties on the limited mailing matrix.

this October 3, 2017.

/s/ Norman E. Rouse
NORMAN E. ROUSE